UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00141-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

VICTOR OCHOA-ORTIZ,
a/k/a Victor Navarro-Ortiz,
a/k/a Victor Modesto,
a/k/a Victor Ochoa-Modesto,

        Defendant.

## ORDER AND NOTICE OF CHANGE OF PLEA HEARING

THIS MATTER comes before the Court following the filing of a Notice of Disposition **(#12)** on May 10, 2006 by Defendant Victor Ochoa-Ortiz. The Court construes this Notice as a motion to change his/her plea and to have the Court consider the terms of the parties' plea agreement.

**IT IS THEREFORE ORDERED** that:

1. Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled pending determination of those matters.

2. A Change of Plea hearing is set for **July 17, 2006 at 9:15 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A.

Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

3.     The final trial preparation conference set for June 21, 2006 and the June 26, 2006 trial date are **VACATED**.

Dated this 11th day of May, 2006.

                                    **BY THE COURT:**

_____
Marcia S. Krieger
United States District Judge